

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00253-CV

**IN THE INTEREST OF N.L.**, et al., Children,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00921
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due to be filed in this appeal no later than April 4, 2014. The reporter's record has not been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(a). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Catherine Stone_
Catherine Stone, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court